# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ryan J. Florey          **BK NO. 24-00070**
       Amanda L. Freeman

                **Debtor(s)**           **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.


            Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
06 Jul 2026, 12:32:43, EDT


       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322

Document ID: bdc29bc1baa5c51bf7f1ff08201f521918c57465d2a3031c53466fb969c1dc54