**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Ryan J. Florey                      **BK NO. 24-00070**
      Amanda L. Freeman
                **Debtor(s)**           **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
06 Jul 2026, 12:32:43, EDT


                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322

Document ID: bdc29bc1baa5c51bf7f1ff08201f521918c57465d2a3031c53466f5969c1dc54